# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 09   0376

UNITED STATES OF AMERICA,

V.

JUDY YEUNG
a/k/a "Miu Wan Yeung,"

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 1349 - Wire Fraud Conspiracy; 18 U.S.C. § 1343 - Wire Fraud

---

A true bill.

_____
Foreman

Filed in open court this ___9th___ day of

___April, 2009___.

**Brenda Tolbert**
Clerk
MARIA-ELENA JAMES

NO BAIL ARREST WARRANT    Bail, $

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. 1349 — wire fraud conspiracy (one count); 18 U.S.C. 1343 — wire fraud (seven counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 30 years impris~~onment~~ ~~$1,000,000 fine; supe~~rvised release; and $100 special asses~~sment per c~~ount

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**
▶ JUDY YEUNG, a/k/a "Miu Wan Yeung"

DISTRICT COURT NUMBER
CR 09

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes  ☐ No  If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Jeffrey Rabkin

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:            Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUDY YEUNG,<br>  a/k/a "Miu Wan Yeung,"<br>Defendant. | CR 09<br><br>VIOLATIONS: 18 U.S.C. § 1349 — Wire Fraud Conspiracy; 18 U.S.C. § 1343 — Wire Fraud |

# INDICTMENT

The Grand Jury charges:

## BACKGROUND

At all times relevant to this Indictment:

1. The defendant JUDY YEUNG, a/k/a "Miu Wan Yeung," was the leader of a fraudulent real estate investment scheme that had as its primary objective the purchase of residential properties within the Northern District of California with mortgage loans obtained through the transmission of materially false and misleading information to mortgage lenders.

///

## THE SCHEME TO DEFRAUD

2. As set forth more fully below, from at least in or about October 2005 through in or about January 2007, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendant

JUDY YEUNG,
a/k/a "Miu Wan Yeung,"

and others known and unknown to the Grand Jury, engaged in an illegal scheme to defraud mortgage lenders by submitting applications and supporting documentation for mortgage loans that contained materially false and misleading information in order to induce the mortgage lenders to make mortgage loans to persons and at terms that the mortgage lenders otherwise would not have funded.

3. As part of the scheme to defraud, YEUNG, together with others, recruited individuals with good credit scores (hereafter referred to as "Straw Buyers") to purchase residential real estate located within the Northern District of California. YEUNG, together with others, promised the Straw Buyers that they would not need to occupy the properties, that YEUNG would make the payments on the mortgage loans and that after a short period of time the names of the Straw Buyers would be removed from the titles of the properties.

4. As a further part of the scheme to defraud, YEUNG, together with others, falsely represented to the mortgage lenders that the Straw Buyers intended both to make payments on the mortgage loans with their own income and assets and that the Straw Buyers intended to reside primarily in the property that would secure each mortgage or loan, when, in fact, the Straw Buyers neither intended to make payments on the mortgage loans with their own income and assets nor intended to reside in the property. By submitting the loan applications in the names of the Straw Buyers, who had no intention of making payments on the mortgage loans, YEUNG and her co-conspirators provided materially false information to the lenders as to the true identity of the borrower.

///

INDICTMENT 2

5. As a further part of the scheme to defraud, YEUNG, together with others, prepared and transmitted loan applications, and other documentation, to the mortgage lenders which purported accurately to represent the personal and financial information of each Straw Buyer. However, YEUNG, together with others, fraudulently improved the creditworthiness of the Straw Buyers by falsifying personal and financial information that was material to the mortgage lenders in making their lending decisions. For example, among other things, YEUNG, together with others, prepared and transmitted to the mortgage lenders false and misleading information concerning the employment, income and assets of the Straw Buyers.

COUNT ONE: 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

6. Paragraphs 1 through 5 of this Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

7. From at least in or about October 2005 through in or about January 2007, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendant,

JUDY YEUNG,<br>a/k/a "Miu Wan Yeung,"

together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and to cause to be transmitted, by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

Overt Acts

8. As part of the conspiracy and to carry out its objects, the defendant JUDY YEUNG, a/k/a "Miu Wan Yeung," together with others known and unknown to the Grand Jury, committed or caused to be committed the following overt acts, among others, in the Northern District of California and elsewhere:

INDICTMENT 3

### The First 1351 Third Street, Gilroy, California Straw Buyer Transaction

a.  In or about the Fall of 2005, YEUNG met with a Straw Buyer ("Straw Buyer 1") in San Francisco, California. At this meeting, and during subsequent conversations, YEUNG told Straw Buyer 1, in sum and substance and among other things, that YEUNG wanted to use Straw Buyer 1's credit to purchase the residence located at 1351 Third Street, Gilroy, California. YEUNG also told Straw Buyer 1, in sum and substance and among other things, that YEUNG would pay all expenses associated with the residence including the mortgage loan obtained in Straw Buyer 1's name.

b.  In or about the Fall of 2005, YEUNG called a co-conspirator not named as a defendant herein ("CC-1"). CC-1 was, at the time, working as a mortgage broker in San Bruno, California. YEUNG asked CC-1, in sum and substance, to help her to obtain a mortgage loan in the name of Straw Buyer 1 for the purchase of the residence located at 1351 Third Street, Gilroy, California.

c.  On or about October 14, 2005, YEUNG, together with CC-1 and Straw Buyer 1, caused loan applications and other documents to be transmitted to Long Beach Mortgage Company, located in Anaheim, California, for the purpose of obtaining first and second mortgage loans in the name of Straw Buyer 1 for the purchase of the residential property located at 1351 Third Street, Gilroy, California. As YEUNG, CC-1 and Straw Buyer 1 well knew at the time, these loan applications contained numerous materially false representations, including false representations about the true identity of the borrower, Straw Buyer 1's employment, income and assets, and that Straw Buyer 1 intended to live in the residential property located at 1351 Third Street, Gilroy, California.

d.  On or about October 20, 2005, based on the materially false information provided to it by YEUNG, CC-1 and Straw Buyer 1, Long Beach Mortgage Company funded first and second mortgage loans in the name of Straw Buyer 1 for the purchase of the residence located at 1351 Third Street, Gilroy, California, in the amounts of $637,434.20 and $159,104.16 respectively, by means of interstate wires.

///

INDICTMENT 4

## The Second 1351 Third Street, Gilroy, California Straw Buyer Transaction

e. In or about December 2005, YEUNG, together with CC-1, recruited another Straw Buyer ("Straw Buyer 2") to assist YEUNG with the purchase of the residence located at 1351 Third Street, Gilroy, California. At YEUNG's direction, CC-1 told Straw Buyer 2, in sum and substance and among other things, that YEUNG wanted to use Straw Buyer 2's credit to purchase a residence located at 1351 Third Street, Gilroy, California. Also at YEUNG's direction, CC-1 told Straw Buyer 2, in sum and substance and among other things, that YEUNG would pay Straw Buyer 2 for his participation, that YEUNG would pay all expenses associated with the residence including the mortgage loan obtained in Straw Buyer 2's name, and that Straw Buyer 2's name would removed from the property in question within a short period of time.

f. On or about December 8, 2005, CC-1, together with a second co-conspirator not named in this indictment ("CC-2"), procured a letter that falsely purported to be a certified public accountant's verification of Straw Buyer 2's employment (the "CPA's employment verification letter"). In fact, as CC-1 and CC-2 well knew, the information contained in the CPA's verification letter regarding Straw Buyer 2's employment was false.

g. On or about December 29, 2005, YEUNG, together with CC-1, CC-2 and Straw Buyer 2, caused loan applications and other documents including the CPA's employment verification letter to be transmitted to Long Beach Mortgage Company, located in Anaheim, California, for the purpose of obtaining first and second mortgage loans that would enable Straw Buyer 2 to act as YEUNG's Straw Buyer for the residential property located at 1351 Third Street, Gilroy, California. As YEUNG, CC-1, CC-2 and Straw Buyer 2 well knew at the time, this loan application contained numerous materially false representations, including false representations about the true identity of the borrower, Straw Buyer 2's employment, income and assets and that Straw Buyer 2 intended to live in the residential property located at 1351 Third Street, Gilroy, California.

///

INDICTMENT 5

h. On or about December 30, 2005, 2006, based on the materially false information provided to it by YEUNG, CC-1, CC-2 and Straw Buyer 2, Long Beach Mortgage Company funded first and second mortgage loans in the name of Straw Buyer 2 for the purchase of the residence located at 1351 Third Street, Gilroy, California, in the amounts of $656,952.75 and $165,696.00 respectively, by means of interstate wires. Portions of these funds were used to pay off the mortgage loans in the name of Straw Buyer 1.

The 7187 Pitlochry Drive, Gilroy, California Straw Buyer Transaction

i. In or about September 2005, YEUNG met with another Straw Buyer ("Straw Buyer 3") in San Francisco, California. At this meeting, and during subsequent conversations, YEUNG told Straw Buyer 3, in sum and substance and among other things, that YEUNG wanted to use Straw Buyer 3's credit to purchase a residence located at 7187 Pitlochry Drive, Gilroy, California. YEUNG also told Straw Buyer 3, in sum and substance and among other things, that YEUNG would pay Straw Buyer 3 for his participation and that YEUNG would pay all expenses associated with the residence including the mortgage obtained in Straw Buyer 3's name. YEUNG also told Straw Buyer 3 that his name would be removed from the property in question within a short period of time.

j. On or about February 8, 2006, in San Francisco, California, YEUNG and Straw Buyer 3 entered into a written contract pertaining to the purchase of the house located at 7187 Pitlochry Drive, Gilroy, California (the "Straw Buyer contract"). The Straw Buyer contract stipulated, in pertinent part and among other things, that YEUNG would use Straw Buyer 3's credit to purchase the property located at 7187 Pitlochry Drive, Gilroy, California, that YEUNG would pay Straw Buyer 3 compensation in the amount of $20,000 for the use of his credit; that YEUNG would pay the mortgage payments for the property located at 7187 Pitlochry Drive, Gilroy, California; and that YEUNG would remove Straw Buyer 3's name from the mortgage loan within six months.

///

k. On or about February 14, 2006, YEUNG, together with CC-1, CC-2 and Straw Buyer 3, caused loan applications and other documents to be transmitted to Silver State Financial Services, Inc. for the purpose of obtaining first and second mortgage loans that would enable Straw Buyer 3 to act as YEUNG's Straw Buyer for the residential property located at 7187 Pitlochry Drive, Gilroy, California. As YEUNG, CC-1, CC-2 and Straw Buyer 3 well knew at the time, these loan applications contained numerous materially false representations, including false representations about the true identity of the borrower, Straw Buyer 3's employment, income and assets and that Straw Buyer 3 intended to live in the residential property located at 7187 Pitlochry Drive, Gilroy, California.

l. On or about March 6, 2006, based on the false information provided to it by YEUNG together with CC-1, CC-2 and Straw Buyer 3, Silver State Financial Services, Inc. funded first and second mortgage loans in the name of Straw Buyer 3 for the purchase of 7187 Pitlochry Drive, Gilroy, California, in the amount of $1,003,412.89 and $299,332.60 respectively, by means of interstate wires.

The 261 San Fernando Way, San Francisco, California Straw Buyer Transaction

m. In or about the end of 2006, YEUNG met with another Straw Buyer ("Straw Buyer 4") in San Francisco, California. At this meeting, and during subsequent conversations, YEUNG told Straw Buyer 4, in sum and substance and among other things, that YEUNG wanted to use Straw Buyer 4's credit to purchase YEUNG's residence located at 261 San Fernando Way, San Francisco, California. YEUNG also told Straw Buyer 4, in sum and substance and among other things, that YEUNG would pay Straw Buyer 4 for his participation and that YEUNG would pay all expenses associated with the residence including the mortgage obtained in Straw Buyer 4's name. YEUNG also told Straw Buyer 4 that his name would removed from the property in question within a short period of time.

n. On or about December 13, 2006 YEUNG, together with Straw Buyer 4 and others, caused loan applications and other documents to be transmitted to Chase

INDICTMENT 7

1  Home Finance LLC for the purpose of obtaining a first mortgage loan that would enable
2  Straw Buyer 4 to act as YEUNG's Straw Buyer for the residential property located at 261
3  San Fernando Way, San Francisco, California. As YEUNG and Straw Buyer 4 well knew
4  at the time, this loan application contained numerous materially false representations
5  about the true identity of the borrower, including false representations regarding Straw
6  Buyer 4's income and assets and that Straw Buyer 4 intended to live in the residential
7  property located at 261 San Fernando Way, San Francisco, California.
8        o.    On or about December 27, 2006 YEUNG, together with Straw Buyer
9  4 and others, caused loan applications and other documents to be transmitted to Cal State
10  9 Credit Union for the purpose of obtaining a second mortgage loan that would enable
11  Straw Buyer 4 to act as YEUNG's Straw Buyer for the residential property located at 261
12  San Fernando Way, San Francisco, California. As YEUNG and Straw Buyer 4 well knew
13  at the time, this loan application contained numerous materially false representations,
14  including false representations about the true identity of the borrower, Straw Buyer 4's
15  income and assets and that Straw Buyer 4 intended to live in the residential property
16  located at 261 San Fernando Way, San Francisco, California.
17        p.    On or about January 9, 2007, based on the false information
18  provided to it by YEUNG, Straw Buyer 4 and others, Chase Home Finance LLC and Cal
19  State 9 Credit Union funded first and second mortgage loans in the name of Straw Buyer
20  4 for the purchase of 261 San Fernando Way, San Francisco, California, in the amount of
21  $1,732,500 and $467,500 respectively. In addition, at the time of the closing, a sum of
22  $57,054.92 was wired in interstate commerce to YEUNG and a sum of $235,476.29 was
23  paid to an individual whose identity is known to the Grand Jury and to whom YEUNG
24  owed at least this sum of money.
25      All in violation of Title 18, United States Code, Section 1349.
26  ///
27  ///
28  ///

INDICTMENT        8

COUNTS TWO THROUGH EIGHT: 18 U.S.C. § 1343 – Wire Fraud

9. Paragraphs 1 through 8 of this Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

10. From at least in or about October 2005 through in or about January 2007, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendant,

JUDY YEUNG,
a/k/a "Miu Wan Yeung,"

together with others known and unknown to the Grand Jury, did knowingly and intentionally devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice did transmit and cause to be transmitted, by means of wire communication in interstate commerce, writings, signs, signals, pictures and sounds, to wit, the following:

| Count and Approximate Date | Originator | Beneficiary | Description |
|---|---|---|---|
| Count 2<br>October 20, 2005 | Long Beach Mortgage Company | North America Title Company | Interstate wire transfer of $159,104.16 for purchase of 1351 Third Street, Gilroy, California |
| Count 3<br>October 20, 2005 | Long Beach Mortgage Company | North America Title Company | Interstate wire transfer of $637,434.20 for purchase of 1351 Third Street, Gilroy, California |
| Count 4<br>December 30, 2005 | Long Beach Mortgage Company | Alliance Title Company | Interstate wire transfer of $165,696.00 for purchase of 1351 Third Street, Gilroy, California |
| Count 5<br>December 30, 2005 | Long Beach Mortgage Company | Alliance Title Company | Interstate wire transfer of $656,952.75 for purchase of 1351 Third Street, Gilroy, California |

INDICTMENT 9

| | | | |
|---|---|---|---|
| Count 6<br><br>March 6, 2006 | Silver State Financial Services | Chicago Title Company | Interstate wire transfer of $299,332.60 for purchase of 7187 Pitlochry Drive, Gilroy, California |
| Count 7<br><br>March 6, 2006 | Silver State Financial Services | Chicago Title Company | Interstate wire transfer of $1,003,412.89 for purchase of 7187 Pitlochry Drive, Gilroy, California |
| Count 8<br><br>January 9, 2007 | Financial Title Company | Wells Fargo Bank, NA | Interstate wire transfer of $57,054.92 for purchase of 261 San Fernando Way, San Francisco, California |

All in violation of Title 18, United States Code, Section 1343.

Dated:                                          A TRUE BILL.

                                                _____
                                                FOREPERSON


JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
                      AUSA RABKIN

10