**FILED**

MAY 2 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN E. BADGER (CSBN 124365)
JEFFREY RABKIN (CSBN 189798)
Assistant United States Attorney

450 Golden Gate Avenue Box 36055
San Francisco, CA 94102
Telephone: (415) 436–7167
Facsimile: (415) 436-7234
jeffrey.rabkin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDY YEUNG,<br>  also known as "Miu Wan Yeung,"<br><br>Defendant. | No.: CR 09-0376 (PJH)<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM MAY 27, 2009 TO SEPTEMBER 9, 2009 |

The parties appeared before the Honorable Phyllis J. Hamilton on May 27, 2009. With the agreement of both parties, the Court enters this order (1) scheduling this matter for trial on November 16, 2009; (2) scheduling motions to be filed by both parties on or before September 9, 2009; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 27, 2009 to September 9, 2009. The parties agreed, and the Court found and held, as follows:

1. The government has produced over 7,000 pages of discovery, as well as

STIP & [PROP.] ORDER
CR 09-0376 (PJH)

1 multiple recordings and transcripts of recordings, and defense counsel is in the process of
2 reviewing that discovery. In light of the extent of discovery produced to date and the
3 nature of the fraudulent scheme alleged in the Indictment, the parties agreed, and the
4 Court found, that this matter shall be deemed complex pursuant to 18 U.S.C. §
5 3161(h)(7)(B)(iv).

6     2. The parties agreed to an exclusion of time under the Speedy Trial Act from
7 May 27, 2009 to September 27, 2009, in light of the need for defense counsel to review
8 the discovery material, and provide defense counsel sufficient time to prepare and file
9 motions and to prepare for trial. Failure to grant the requested continuance would
10 unreasonably deny defense counsel reasonable time necessary for effective preparation,
11 taking into account the exercise of due diligence, and would deny the defendant
12 continuity of counsel.

13     3. Given these circumstances, the Court finds that the ends of justice served by
14 excluding the period from May 27, 2009 to September 9, 2009, outweigh the best
15 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and
16 (B)(iv). Accordingly, and with the consent of the defendant, the period from May 27,
17 2009 to September 9, 2009, is excluded from Speedy Trial Act calculations under 18
18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

19     IT IS SO STIPULATED.

20 DATED: May 28, 2009
21                                                                     JEFFREY RABKIN
22                                                                     Assistant United States Attorney

23 DATED: May 28, 2009
24                                                                     MARTHA BOERSCH, ESQ.
                                                                    Attorney for Defendant

25     IT IS SO ORDERED.

27 DATED: May 28, 2009
28                                                                     HON. PHYLLIS J. HAMILTON
                                                                    United States District Judge