IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUDY YEUNG,<br>also known as "Miu Wan Yeung,"<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 09-0376 SI<br><br>**CLARIFICATION TO FINAL PRETRIAL SCHEDULING ORDER** |

Defendant has filed a letter seeking clarification of the Court's December 22, 2009 Final Pretrial Scheduling Order ("PTO"). Paragraph 5 of the PTO stated, "The government's motion to preclude presentation of evidence and argument suggesting the victim lenders were not actually deceived by defendant's alleged conduct is granted, as proof of actual deception or reliance is not required under the statute." At the pretrial conference, the Court stated, and defense counsel agreed, that actual deception is not an element of wire fraud. It is possible, however, that evidence relating to the lenders' reliance may have some bearing on relevant issues, such as the materiality of defendant's alleged representations. Accordingly, Paragraph 5 of the PTO (page 2, lines 22-24) is hereby AMENDED to read:

> "The government's motion to preclude presentation of evidence and argument suggesting the victim lenders were not actually deceived by defendant's alleged conduct is denied without prejudice to specific objections at trial."

To the extent that the government's letter in opposition to defendant's request affirmatively seeks other changes to the PTO, that request is denied.

**IT IS SO ORDERED.**

Dated: December 28, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge