(5/04)

# CRIMINAL TRIAL MINUTES
# NORTHERN DISTRICT OF CALIFORNIA

Date: **January 25, 2010**

**The Honorable SUSAN ILLSTON**

**Clerk:** TRACY SUTTON                **Court Reporter:** Sahar McVickar

Case No. **CR-09-0376 SI**    Case Name: **UNITED STATES v. JUDY YEUNG**

Voir Dire Began 1/11/10   Trial Began 1/11/10

Further Trial 1/26/10   Trial Ended

**Trial Motions Heard**:                                           **Disposition**

1.

2.

3.

**Trial Witnesses/Other:**

Testimony provided by the following witnesses: 1)Kenneth Ferrari (continued), 2) Shawna Barney, 3) Kristen Morton, 4) Lawrence Phung,

**Verdict:**

**Sentencing Date:**

**Disposition of Exhibits**: