United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

|   |   |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>PETER DANIEL COLLINS | )<br>)<br>)<br>)<br>)<br>)<br>Docket Number: CR 07-00045-01 SI |

**ORDER FOR MODIFICATION OF SUPERVISED RELEASE**

On November 20, 2009, the parties in this matter appeared before the Court in connection with a pending petition alleging that the offender violated the conditions of his supervised release. On January 15, 2010, a status hearing was held before the Court and the Court was advised that clarification was necessary for the Bureau of Prisons to execute the ordered conditions. This order is to clarify the modification to the offender's supervised release. The Court orders that offender's term of supervised release is modified to include:

1. The offender is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 days. The offender shall serve time in custody in increments of not less than 48 hours at a time. The offender may arrange for longer increments of time in custody to satisfy the total term.

2. The offender's supervised release shall continue until one year after the completion of his 14 day term in custody.

3. The offender shall abide by all the terms and conditions previously ordered.

4. The court orders that the offender appear in Court on February 5, 2010, at 11:00 a.m.

ON MOTION OF THE COURT,

Date: _____January 29, 2010_____

_____
Susan Illston
United States District Judge