# EXHIBIT 1

**FHA Loan Review**
Foeclosure / Pre-Foreclosure Sale / Deed-in-Lieu / 3rd Party

| File Type | Make Whole :: Investor Make Whole | | | |
|---|---|---|---|---|
| Date Analyzed | 07/07/2008 | | Analyzed By: | Tina Young |

### BASIC LOAN INFORMATION

| | | | | |
|---|---|---|---|---|
| Loan Number | 0697338390 | | Note Rate | 8.70% |
| Mortgagor | Kenneth M Ferrari | | Debenture Rate | |
| Investor Number | Z49 | | Principal Balance | 663531.56 |
| Investor Name | LBMC | | ARM Loan? | |
| Investor Loan Number | | | Recourse? | |
| Category Number | 001 | | Branch Code | |
| Recourse Approval Date | | | State | CA |
| Acquisition Source | | | Special Code | |
| Acquisition Type | | | Loan Type | |

### CALCULATION OF MAKE WHOLE

| | | | |
|---|---|---|---|
| Statement Date | | Expected Date | |
| Statement Amount | | Interest Due Per Day | |
| Estimated Days Outstanding | | 15 Total Interest Due | |
| | | Estimated Amount Due | |

### ANALYSIS OF ADVANCES

| Breakdown of Debt | | Breakdown of Receipts | | | |
|---|---|---|---|---|---|
| Escrow | $3,838.78 | Initial Billing Proceeds | $363,863.63 | Gain/Loss Amount | $450,457.90 |
| Corporate | $13,417.97 | Refund | | Supp Claim Recovery | |
| Principle Balance | $663,531.56 | Charge-Off | | Billback Recovery | |
| Interest | $133,533.22 | | | | |
| **TOTAL DEBT** | **$814,321.53** | **TOTAL RECEIPTS** | **$363,863.63** | **Adjusted Write-Off** | **$450,457.90** |

### JUSTIFICATION OF LOSS

| CONTROLLABLE | | DESCRIPTION | RECOVERY AMOUNT | RECOVERY SOURCE |
|---|---|---|---|---|
| Corporate | $450,457.90 | Corporate | $450,457.90 | |
| Total Controllable | $450,457.90 | Total Recovery Amount | $450,457.90 | |

**OTHER COMMENTS**
Loan processed as the loss amount to the trust.

### APPROVALS

Level 1 Approval (up to $7,500)
Level 2 Approval (up to $20,000)
Level 3 Approval (up to $25,000)
Level 4 Approval ($25,000 plus)

| Name | Date |
|---|---|
| | |
| | |
| | |
| | |

014428

FHA Loan Review
Foeclosure / Pre-Foreclosure Sale / Deed-in-Lieu / 3rd Party

| | | | | |
|---|---|---|---|---|
| File Type | Make Whole :: Investor Make Whole | | | |
| Date Analyzed | 07/07/2008 | | Analyzed By: | Tina Young |

### BASIC LOAN INFORMATION

| | | | | |
|---|---|---|---|---|
| Loan Number | 0697338408 | | Note Rate | 11.85% |
| Mortgagor | Kenneth M Ferrari | | Debenture Rate | |
| Investor Number | Z49 | | Principal Balance | 165851.22 |
| Investor Name | LBMC | | ARM Loan? | |
| Investor Loan Number | | | Recourse? | |
| Category Number | 001 | | Branch Code | |
| Recourse Approval Date | | | State | CA |
| Acquisition Source | | | Special Code | |
| Acquisition Type | | | Loan Type | |

### CALCULATION OF MAKE WHOLE

| | | | |
|---|---|---|---|
| Statement Date | | Expected Date | |
| Statement Amount | | Interest Due Per Day | |
| Estimated Days Outstanding | | 15 Total Interest Due | |
| | | Estimated Amount Due | |

### ANALYSIS OF ADVANCES

| Breakdown of Debt | | Breakdown of Receipts | | | |
|---|---|---|---|---|---|
| Escrow | $0.00 | Initial Billing Proceeds | $0.00 | Gain/Loss Amount | $180,572.90 |
| Corporate | $146.00 | Refund | | Supp Claim Recovery | |
| Principle Balance | $165,851.22 | Charge-Off | | Billback Recovery | |
| Interest | $14,575.68 | | | | |
| **TOTAL DEBT** | $180,572.90 | **TOTAL RECEIPTS** | $0.00 | Adjusted Write-Off | $180,572.90 |

### JUSTIFICATION OF LOSS

| CONTROLLABLE | | DESCRIPTION | RECOVERY AMOUNT | RECOVERY SOURCE |
|---|---|---|---|---|
| Corporate | $180,572.90 | Corporate | $180,572.90 | |
| Total Controllable | $180,572.90 | Total Recovery Amount | $180,572.90 | |

**OTHER COMMENTS**
Loan processed as the loss amount to the trust.

### APPROVALS

| | Name | Date |
|---|---|---|
| Level 1 Approval (up to $7,500) | | |
| Level 2 Approval (up to $20,000) | | |
| Level 3 Approval (up to $25,000) | | |
| Level 4 Approval ($25,000 plus) | | |

014429