IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-00376 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR BAIL PENDING APPEAL** |
| v. | |
| JUDY YEUNG,<br>  also known as "Miu Wan Yeung" | |
| Defendant. | |

On October 25, 2010, the Court heard argument on defendant Judy Yeung's motion for bail pending appeal. Having considered the arguments of counsel and the papers submitted, the Court hereby DENIES defendant's motion.

Where a defendant is convicted and sentenced to prison, the district court is required to detain the defendant pending appeal unless she can show: (1) by clear and convincing evidence that she does not pose a flight risk or danger to the community; (2) the appeal is not for purposes of delay; and (3) the appeal raises a substantial issue of law that is likely to result in reversal or an order for new trial on all counts for which she received a sentence of imprisonment. 18 U.S.C. § 3143(b).

The burden is on the defendant to overcome the presumption that she should be detained while her appeal is pending. *United States v. Montoya*, 908 F.2d 450, 451 (9th Cir. 1990). This requires more than a mere identification of an issue that is non-frivolous. *Id.* at 450. Rather, in discussing the third prong of the test, the Ninth Circuit has explained that a "substantial question" is one that is "fairly debatable" or "fairly doubtful." *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985). "Likely to result in reversal" means that if the substantial question is determined favorably to the defendant on

1  appeal, that decision is likely to result in reversal or an order for a new trial. *Id.*

2  The factual summary provided by the prosecution in its opposition to this motion is consistent both with the Court's recollection of the issues regarding which defendant is filing her appeal and with the Court's earlier order on defendant's motions for directed verdict and new trial.  Therefore, while the Court does not find that defendant is a flight risk or danger to the community, or that the appeal is being filed for the purpose of delay, the Court also does not find that defendant's appeal raises a substantial issue of law that is likely to result in reversal or an order for a new trial on all counts for which defendant received a sentence of imprisonment.

**IT IS SO ORDERED.**

Dated:  October 25, 2010

SUSAN ILLSTON
United States District Judge