MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7167
   Facsimile: (415) 437-7234
   Susan.Badger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>       v. ) <br> JUDY YEUNG, ) <br>       Defendant. ) | No. CR 09-0376 SI <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING SENTENCING** |

The parties are currently scheduled to appear before the Court on December 7, 2012 at 11:00 a.m for a status hearing regarding remand for determination of restitution. In connection with the hearing, the government has sought documents and witness testimony that will be responsive to the purposes of the remand. Undersigned government counsel can advise the Court that counsel for J.P. Morgan Chase is in the process of locating records and documents, but has asked for additional time within which to do so. Apparently, locating documents and witnesses is underway, but has been

STIPULATED MOT. &
[PROP.] ORDER CONTINUING
STATUS HEARING ON RESTITUTION
[CR 09-0376 SI]

1  somewhat hampered by the large storm in the New York City area at the beginning of
2  November. In addition, counsel for Chase anticipates problems with being able to
3  communicate with potential witnesses over the upcoming holidays.
4      In light of these circumstances, defense counsel has stipulated to a continuance of
5  the status hearing to January 25, 2013. Counsel for Chase will be able to attend the status
6  hearing on January 25. At that time, the parties will be able to advise the Court on
7  progress in terms of developing information responsive to the requirements set out by the
8  Ninth Circuit in its remand. If an evidentiary hearing will be necessary, the Court and the
9  parties can schedule the evidentiary hearing for a future date.
10     Accordingly, the parties respectfully request that the status hearing before this
11 Court regarding remand for determination of restitution be continued from December 7,
12 2012 at 11:00 a.m. to January 25, 2013 at 11:00 a.m.
13 IT IS SO STIPULATED.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATE: December 4, 2012           /s/
                                 SUSAN E. BADGER
                                 Assistant United States Attorney


DATE: December 4, 2012           /s/
                                 MARTHA BOERSCH
                                 Counsel for Defendant Judy Yeung


STIPULATED MOT. &
[PROP.] ORDER CONTINUING
STATUS HEARING ON RESTITUTION
[CR 09-0376 SI]                2

1 [~~PROPOSED~~] ORDER

2   Upon the stipulated motion of the parties, and good cause appearing, IT IS
3 HEREBY ORDERED THAT the status hearing regarding remand for determination of
4 restitution is continued from December 7, 2012 at 11:00 a.m. to January 25, 2013 at 11:00
5 a.m.
6 IT IS SO ORDERED.



28 STIPULATED MOT. &
[PROP.] ORDER CONTINUING
STATUS HEARING ON RESTITUTION
[CR 09-0376 SI]                    3